NO. 07-01-0002-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 3, 2002

______________________________

JOHNNY CARL DYE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-434617; HONORABLE WILLIAM SHAVER, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

I disagree with the majority’s conclusion that because Officer Watkins had not been certified by TCLEOSE as proficient to administer the HGN test at the time of appellant’s arrest, the trial court abused its discretion in admitting Watkins’s testimony as an expert on the HGN test administered to appellant.  However, I concur in the majority’s conclusion 

that the trial court erred in admitting Sheryl Ochoa’s testimony as to appellant’s blood alcohol content as of the time of his arrest and in the result reached by the majority.  

Phil Johnson

     Justice

Do not publish.